UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AHMAD AHADZIA, et al.,<br><br>　　　　　Defendants. | No.  2:24-cv-0950 DB P<br><br><br><br>ORDER |

Plaintiff has requested an extension of time to file an application to proceed in forma pauperis.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 8) is granted; and

2. Plaintiff shall have up to and including June 24, 2024, in which to file an application to proceed in forma pauperis.

Dated:  May 20, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB16
DB/Prisoner/Civil/R/fous0950.36ifp

1