UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST, | No. 2:24-cv-00950-DB |
| Plaintiff, | |
| v. | ORDER |
| AHMAD AHADZIA, et al., | |
| Defendants. | |

Plaintiff is a proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

On May 31 and June 10, 2024, plaintiff filed a request for library assistance and the appointment of a private investigator. The expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress. Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989). The in forma pauperis statute does not authorize the expenditure of public funds for investigators. See 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for a private investigator (ECF Nos. 17, 18) are denied.

Dated: July 12, 2024

DB16
DB/Prisoner/Civil/R/foust.31.c

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1