UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AHMAD AHADZIA, et al.,<br><br>　　　　　Defendants. | No. 2:24-cv-0950 SCR P<br><br><br><br>ORDER |

On March 27, 2024, plaintiff, a state prisoner proceeding pro se, filed this civil rights action under 42 U.S.C. §1983. In an order filed April 25, the previously assigned magistrate judge noted that plaintiff had not paid the filing fee or moved to proceed in forma pauperis ("IFP"). Plaintiff was ordered to pay the fee or file a motion to proceed IFP within thirty days. (ECF No. 6.) Plaintiff requested, and was granted, three extensions of time to file a motion to proceed IFP. (ECF Nos. 9, 32, 44.) The motion to proceed IFP was most recently due October 3, 2024. (See Sept. 3, 2024 Order; ECF No. 44.)

Since plaintiff filed this action, in addition to his three motions for extensions of time, plaintiff has filed a host of documents including multiple notices alleging various types of mistreatment (ECF Nos. 3, 5, 10, 14, 16, 17, 19, 20, 23, 24, 25, 34, 35, 37, 40, 41), documents apparently intended to be exhibits to the complaint (ECF Nos. 12, 13, 21, 22, 27, 28, 33, 39), two amended complaints (ECF Nos. 29, 30), and requests for a settlement conference (ECF Nos. 7,

45, 47, 48, 49). Plaintiff filed a copy of his trust account statement (ECF No. 15) but he has not filed a motion to proceed IFP.

The initial order requiring plaintiff to file a motion to proceed IFP or pay the filing fee was issued over five months ago. (April 25, 2024 Order; ECF No. 5.) Plaintiff has had more than ample time to file that motion or pay the fee. Based on his motions for extensions of time, plaintiff appears to understand that he must file a motion to proceed IFP. His failure to do so has stalled this case and his many other filings have wasted the court's limited time and resources.

Plaintiff will be given the opportunity to explain why he has been unable to submit a motion to proceed IFP and a last opportunity to file that motion. Plaintiff is warned that he will be given no more opportunities to do so. If plaintiff fails to timely file the necessary documents, this court will recommend this action be dismissed for plaintiff's failure to submit a motion to proceed IFP or pay the filing fee and failure to comply with court orders. See Fed. R. Civ. P. 41; E.D. Cal. R. 110.

Plaintiff is further warned that he must not file any documents in this case besides a motion to proceed in forma pauperis. Further inappropriate filings in this court may be considered independent grounds for recommending dismissal of this action.

For the foregoing reasons, IT IS HEREBY ORDERED that

1. Within twenty-one days of the date of this order, plaintiff shall file a statement explaining why he has not filed a timely motion to proceed in forma pauperis.
2. Within twenty-one days of the date of this order plaintiff shall file a motion to proceed in forma pauperis.
3. If plaintiff fails to comply with this order, this court will recommend this action be dismissed.

DATED: October 25, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2