UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST,<br><br>    Plaintiff,<br><br>    v.<br><br>AHMAD AHADZIA, et al.,<br><br>    Defendants. | No.  2:24-cv-0950-SCR-P<br><br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding without an attorney, has filed a third amended complaint in this pending civil rights action.  ECF No. 59.  In the third amended complaint, plaintiff alleges violations of his civil rights by defendants employed at California State Prison, Los Angeles County (LAC).

The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action."  28 U.S.C. § 1391(b).

In this case, the claim arose in Los Angeles County, which is in the Central District of

1

1  California.  Therefore, plaintiff's third amended complaint should have been filed in the United
2  States District Court for the Central District of California.  In the interest of justice, a federal
3  court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C.
4  § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

   Accordingly, IT IS HEREBY ORDERED that:

   1.  Plaintiff's third amended complaint (ECF No. 59) is transferred to the United States District Court for the Central District of California.

   2.  All future correspondence about the third amended complaint should be sent to the United States District Court, Central District of California, Western Division, 350 W 1st Street, Suite 4311 Los Angeles, CA 90012-4565.

DATED: January 15, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE