UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST,<br><br>    Plaintiff,<br><br>    v.<br><br>AHMAD AHADZIA, et al.,<br><br>    Defendants. | No. 24-cv-00950-DC-SCR (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S REQUEST TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 55, 64) |

      Plaintiff Carl Foust is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On January 15, 2025, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff's request to proceed *in forma pauperis* be denied. (Doc. No. 64 at 5.) Specifically, the magistrate judge found that Plaintiff "brought an action on three or more prior occasions that count as strikes pursuant to 28 U.S.C. § 1915(g)," a statute that includes a "three strikes rule" to prevent incarcerated people from repeatedly filing meritless lawsuits. (*Id.* at 2, 4.) The magistrate judge also found that Plaintiff did not plausibly allege he faced imminent danger of serious physical injury at the time he filed the complaint, meaning that Plaintiff does not meet the condition of imminent danger exception to the "three strikes rule" mentioned above. (*Id.* at 4.)

Accordingly, the magistrate judge recommended Plaintiff's request to proceed *in forma pauperis* be denied. (*Id.* at 5.)

Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on January 15, 2025 (Doc. No. 64) are ADOPTED in full;
2. Plaintiff's request to proceed *in forma pauperis* is DENIED;
3. Plaintiff must pay the $405 filing fee within thirty (30) days of the issuance of this order; and
4. Plaintiff is advised that his failure to pay the filing fee within the time provided will result in the dismissal of this action.

IT IS SO ORDERED.

Dated: **April 11, 2025**

Dena Coggins
United States District Judge

2