UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST,<br><br>    Plaintiff,<br><br>    v.<br><br>AHMAD AHADZIA, et al.,<br><br>    Defendants. | No. 2:24-cv-00950-DC-SCR (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. Nos. 71, 73) |

Plaintiff Carl Foust is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 9, 2025, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed, without prejudice, due to Plaintiff's failure to pay the filing fee as required and failure to comply with a court order. (Doc. No. 71.) Specifically, Plaintiff has failed to comply with the court's order issued April 14, 2025, in which Plaintiff was ordered to pay the required filing fee for this case within thirty (30) days. (Doc. No. 67.) The pending findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (Doc. No. 71 at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on June 9, 2025 (Doc. No. 71) are ADOPTED in full;
2. This action is dismissed, without prejudice, due to Plaintiff's failure to pay the required filing fee and failure to comply with a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 16, 2025**

Dena Coggins
United States District Judge

2